UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SMITTY RANDY BELL
    Plaintiff,

v.                                          Case No. 3:24cv1-TKW-ZCB

KRISTI NOEM[1]
    Defendant.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 13). Plaintiff requested and was given additional time to file objections, *see* Doc. 16, but no objections were filed.[2]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a claim on which relief can be granted, but that Plaintiff should be given an opportunity to file an amended complaint. Accordingly, it is

**ORDERED** that:

---

[1] Kristi Noem was substituted for Alejandro Mayorkas as the defendant under Fed. R. Civ. P. 25(d).

[2] Plaintiff filed a "Motion to Adjoin" (Doc. 17) the day before the deadline for filing objections, but that filing does not take issue with the rulings in the Report and Recommendation and appears to raise new issues that were not previously in this case. That motion is referred to the magistrate judge for disposition.

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion to dismiss (Doc. 8) is **GRANTED** and Plaintiff's complaint is **DISMISSED without prejudice and with leave to amend**.

3. Plaintiff has 14 days from the date of this Order to file an amended complaint.

**DONE AND ORDERED** this 4th day of February, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**